UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYSON SHEPPARD,

                Plaintiff,

-against-

CORRECTION OFFICER CHINNERY; and
NURSE JANE DOE,

                Defendants.

17-cv-1675 (NSR)
ORDER OF DISMISSAL

---

NELSON S. ROMÁN, United States District Judge:

On March 6, 2017, Plaintiff Tyson Sheppard ("Plaintiff") initiated this action, *pro se*, against Defendants Monique Chinnery and Nurse Jane Doe ("Defendants"). (ECF No. 2.)

On January 29, 2020, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for want of prosecution. (ECF No. 32.) In the OSC, the Court delineated Plaintiff's failure to prosecute his claims, including (1) Plaintiff's failure to take any action in this matter since Defendant Chinnery filed her answer on October 22, 2018, and (2) Plaintiff's failure to update his change of address and custody status. (*Id.*) Plaintiff was granted until February 28, 2020 to demonstrate to the Court that he had not abandoned his claims and was taking diligent steps to prosecute them. (*Id.*) Despite the passage of more than a month, Plaintiff has failed to communicate with the Court or otherwise respond to the OSC. Accordingly, due to Plaintiff's failure to prosecute this action, the action is dismissed pursuant to Fed R. Civ. P. 41(b).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2020

The Clerk of Court is respectfully directed to terminate this action.

Dated: March 6, 2020
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge